**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| RONALD L. VON DER AHE, | ) |
|     Plaintiff and Counterclaim Defendant, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) No. 4:06-CV-1349-CAS |
|     Defendant and Counterclaim Plaintiff, | ) ) ) |
| v. | ) ) |
| TIMOTHY L. DODGE, | ) ) |
|     Counterclaim Defendant. | ) |

## **DEFAULT JUDGMENT**

This matter is before the Court on defendant and counterclaim plaintiff United States of America's Motion for Default Judgment against Counterclaim Defendant Timothy L. Dodge. The Counterclaim seeks to reduce to judgment certain trust fund recovery penalties assessed against Ronald L. Von Der Ahe and Timothy L. Dodge under 26 U.S.C. § 6672.

On June 5, 2007, the Clerk of the Court entered default on the United States' Counterclaim against defendant Dodge pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. On motion of the United States of America, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, the Court having found counterclaim defendant Timothy L. Dodge in default, the Motion for Default Judgment should be granted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant and counterclaim plaintiff United States of America's Motion for Default Judgment against Counterclaim Defendant Timothy L. Dodge is **GRANTED**. [Doc. 23]

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of the United States of America and against Timothy L. Dodge for the 26 U.S.C. § 6672 trust fund recovery penalties assessed against Dodge. The Court determines that Timothy L. Dodge is liable in the amount of Fifty-Six Thousand Five Hundred Ninety-Six Dollars and Eighty-One Cents ($56,596.81), plus interest accruing after October 25, 2004, pursuant to 26 U.S.C. §§ 6601 and 6621, and 28 U.S.C. § 1961(c)(1), until payment, together with the costs of this action.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  25th  day of June, 2007.