24E

* 2 0 0 9 R - 0 0 3 9 3 7 1 *
2009R-003937
FILED AND RECORDED
IN OFFICIAL RECORD
02/03/2009 11:19:40AM
MARLENE CASTLE, RECORDER
PAGES 1
REC FEE: 24.00
NS FEE:

RECORDER OF DEEDS JEFFERSON COUNTY, MO.

* US Dept. of Justice
950 Pennsylvania Ave NW.
Washington DC 20277

Return to : Marion Goyette, Paralegal
Department of Justice, Tax Division
P.O. Box 310, Ben Franklin Station
Washington, DC 20044

# ABSTRACT OF JUDGMENT
## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Timothy L. Dodge<br>6030 Timber Hollow Ln.<br>High Ridge, MO 63049 | United States of America |

| Amount of Judgment | Names of Creditor's Attorneys | Docketed |
|---|---|---|
| $56,596.81 plus interest accruing from 10/25/04 | United States Department of Justice<br>Tax Division, TaxFLU OOR<br>P.O. Box 310<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 307-6567 | June 25, 2007<br>4:06 CV 1349-CAS |

UNITED STATES OF AMERICA CLERK'S OFFICE U.S. DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SS

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated: December 29 2008
City: St. Louis
By: [signature] Deputy Clerk

Exhibit
1